IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES L. PHILLIPS,

    Plaintiff,

v.

MICHAEL THURMER,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-352-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Michael Thurmer granting his motion for summary judgment and dismissing this case.

_/s/ Peter Oppeneer_          6/13/2011
Peter Oppeneer, Clerk of Court        Date